United States District Court
Southern District of Texas
**ENTERED**
August 11, 2023
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| **HUI YE,** § | |
| § | |
| **Plaintiff,** § | |
| VS. § | **CIVIL ACTION NO. 4:18-cv-4729** |
| § | |
| **XIANG ZHANG,** *et al*, § | |
| § | |
| **Defendants.** § | |

## MEMORANDUM & ORDER

Pending before the Court is Defendants Zhang and Lau's Motion for Attorneys' Fees. ECF No. 287. After considering the Motion, the parties' briefs, oral arguments, supplemental briefing, and all applicable law, the Court determines that the Motion for Attorneys' Fees should be **GRANTED**.

The hourly rates for Defendants' attorneys and paralegals are as follows and are reasonable: Jacob Esparza at a rate of $350; Kristie Tobin at $275; Alex Mendez at $225; Karen Conticello at $225; and paralegal Denise Hebert at $175. ECF No.287-1 at ¶¶ 3-7). Defendants have also provided 36 pages of hourly breakdowns showing the date of service, which attorney provided services, a "narrative" or description, and the chargeable and non-chargeable hours. *See* ECF No. 287-2. Defendants have properly shown a reasonable lodestar and neither party seeks an enhancement or reduction. Accordingly, the fee award is reasonable under Texas law.

The Court **GRANTS** Defendants' Motion for Attorneys' Fees in the amount of $35,320.00 in fees and $1,569.00 in costs.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 10th of August, 2023.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE